**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TONNY JASON BAUER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-267** |
| **SHERIFF JOSEPH LOPINTO, ET AL.** | **SECTION: "S"(5)** |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff Tonny Jason Bauer's claims against Defendant, Lindsey Grabert, are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e) as frivolous and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 27th day of April, 2022.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**