UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONNY BAUER | CIVIL ACTION |
| VERSUS | NO: 22-267 |
| SHERIFF JOSEPH LOPINTO, ET AL | SECTION: "S" (5) |

## ORDER AND REASONS

Before the court is the **Motion for Temporary Restraining Order** (Rec. Doc. 25), filed by plaintiff, a pre-trial detainee at the Jefferson Parish Correctional Center. In his motion, plaintiff alleges that he has been confined "in the hole", i.e. lockdown, and as a result has been restricted from access to the law library and other resources. The court's staff has contacted the jail and determined that plaintiff is no longer in lockdown. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **DENIED as moot**.

New Orleans, Louisiana, this __18th__ day of November, 2022.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE