UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONNY BAUER | CIVIL ACTION |
| VERSUS | NO: 22-267 |
| SHERIFF JOSEPH LOPINTO, ET AL | SECTION: "S" (5) |

ORDER AND REASONS

Before the court is a document captioned "Order to Show Cause for a Temporary Restraining", which the court construes as a **Motion for Temporary Restraining Order** (Rec. Doc. 32). In the motion, plaintiff seeks relief against Joseph Lopinto, Theresa Carbo, Darrel Carbo, Lester Hamlin, and Katina Price. With the exception of Sheriff Lopinto, none of the individuals to which the motion is directed are parties to this case.[1] Sheriff Lopinto has been dismissed from the instant case. Further, plaintiff has not made any argument why the court should entertain a motion for restraining order against non-parties, nor has he attempted to demonstrate that the requirements for a temporary restraining order, including a substantial likelihood of success on the merits, have been met as to any of the parties named, including Sheriff Lopinto. See Daniels Health Scis., LLC v. Vascular Health Scis., LLC, 710 F.3d 579, 582 (5th Cir. 2013). Accordingly,

---

[1] These individuals are named as defendants in Bauer v. Gattuso, et al, Civil Action No. 549, pending in Section D of this court. It appears that plaintiff, who is proceeding pro se, may have mistakenly filed this motion in the above-captioned case.

**IT IS HEREBY ORDERED** that the **Motion for Temporary Restraining Order** (Rec. Doc. 32) is **DENIED**.

New Orleans, Louisiana, this __10th__ day of January, 2023.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**